**No. 49341.**—Protests 946699–G, etc., of Browne, Vintners Co., Inc., et al. (Detroit, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49342.**—Protests 963259–G, etc., of Browne Vintners Co. et al. (San Francisco and Seattle).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49343.**—Protests 28850–K–12070, etc., of Wm. Henderson et al. (New Orleans, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

APRIL 13, 1944

**No. 49344.**——Protest 104801–K of Mark Tarlow. Plaintiff's application for rehearing granted.

APRIL 17, 1944

**No. 49345.**—SUIT 4453.——*L. Oppleman, Inc.* v. *United States.* C. D. 775 affirmed March 6, 1944. C. A. D. 270.

BEFORE THE FIRST DIVISION, APRIL 19, 1944

**No. 49346.**—Protests 995795–G, etc., of Weiss Biheller Mdse. Corp. (New York).

Opinion by OLIVER, P. J. It was stipulated that the glass reflectors in question are similar to those involved in Abstract 48951, the record in which case was incorporated herein. In accordance therewith the protests were sustained to this extent.